**Exhibit A to the Complaint**

**Location:** Elyria, OH  **IP Address:** 174.104.231.165
**Total Works Infringed:** 56  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash:<br>AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 01-09-2023 13:25:26 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 2 | Info Hash: F7ED912A905657C8C19372705C64EF358401B574<br>File Hash:<br>CB94A11C86CF2B6EE2FD613E88E6C2DB284221A5AC81AB644291C5C813683478 | 10-10-2022 20:54:23 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 3 | Info Hash: 176C8644F7C9DC603A411C98897AC75E05D7C673<br>File Hash:<br>095FC1E6A77B1880C1B5153E88FC978B3894DA027D822FDC72A5E99FDA31A989 | 10-10-2022 13:28:38 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 4 | Info Hash: 0FCAA61F92AF9997AEBB0A97190AA3D92FA93A9B<br>File Hash:<br>1E0291D01B8378E2F3CD123FEC159275C6C5F65797B8E38A855CDB69E632784A | 10-10-2022 03:45:52 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 5 | Info Hash: A4D5FCDC717553C34E367F4A58A599B445A0578F<br>File Hash:<br>3E4BA902DE25C86DB9AF82BBA1C075A7CCB96D035317206E58D26087F3312E81 | 10-10-2022 03:42:17 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 6 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash:<br>BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 10-02-2022 04:09:26 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |
| 7 | Info Hash: 9624F0C576A9C826EBB189E24184D2EB6A790205<br>File Hash:<br>2AE74502395EDB1857F9247AAF76EB827E628569A5E0EB7D0F18C5154509B8EF | 07-30-2022 21:18:30 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 8 | Info Hash: F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2<br>File Hash:<br>71AF15AAFDD8A4D709DC8ECD3C4CD637D9700AC4CD69CB3586B8B75AFB31E8B0 | 06-14-2022 04:25:24 | Blacked | 10-22-2017 | 11-21-2017 | PA0002063627 |
| 9 | Info Hash: DB18C702A1509AC89F0DD91A6F4EF39D0C3FEE9F<br>File Hash:<br>8483DF1ABDC0B52061E362D3DBDB564001CFCCCC794E3AABA73AE69B345DA618 | 06-10-2022 04:37:27 | Blacked | 07-14-2017 | 08-11-2017 | PA0002046878 |
| 10 | Info Hash: 72F519FE9EED3C466979E55CFEBF253309A8106C<br>File Hash:<br>9951CFFB4A0780028C2210FF556D74599C31060FBA11C0C2E8B7552658B470B5 | 06-10-2022 04:32:33 | Vixen | 05-14-2017 | 06-22-2017 | PA0002039297 |
| 11 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash:<br>CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 06-10-2022 04:18:19 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E10259BB09AFE9410D944641E94048900ADEF0F2<br>File Hash: BB40FB2FA9D578CD64AC8B698B074D104111183A93BFCEDB62320B19FCA0580E | 06-10-2022 04:16:47 | Blacked | 12-11-2017 | 01-04-2018 | PA0002097429 |
| 13 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash: 64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 06-10-2022 04:12:43 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 14 | Info Hash: 9721A32E2CBD9B2BF2CB77378E346C80620F83E4<br>File Hash: EC1E7E13EE38E1591982597045E286D13C2DB055954C0DC58390E0E2C8FB5B21 | 06-06-2022 16:43:26 | Vixen | 09-06-2017 | 09-15-2017 | PA0002052844 |
| 15 | Info Hash: F679391ED7AA38CC22B99756D9BFE6FE26F96FCA<br>File Hash: DE23DF0A9184536BE1DF80F16F1F7F5123A83D34A41DD48A2CD8A5C218E82D94 | 06-06-2022 16:37:58 | Blacked Raw | 04-27-2018 | 05-24-2018 | PA0002101367 |
| 16 | Info Hash: C8EFA09EF1CAEC72B25969BB84371884337D26B7<br>File Hash: 2B48BF80994FE8ADD80272D319EFE665CE200431FF0D0EF916F6280B3D97D1A3 | 06-06-2022 16:36:44 | Vixen | 07-13-2017 | 08-10-2017 | PA0002046873 |
| 17 | Info Hash: 7AA9EE0B623B3876BDBBB4854D311BA014697009<br>File Hash: 577DD7CC610D0E87E1C3540C9B8C3AC9468189E7F0EDCD628D3AD9AAC0E2209B | 06-06-2022 16:35:40 | Blacked | 11-11-2017 | 11-27-2017 | PA0002098000 |
| 18 | Info Hash: 71E3A2888C2DB58BBCE9353A68D2FF80359E304A<br>File Hash: 6B4DC83F1BFCFB7C124C727C83154780E7E8090476CA63EB57E0A3C3020B1FAE | 06-06-2022 16:32:25 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 19 | Info Hash: AB6E0C35C5DDA3E639B6BE5917CCF0F1EE17D2DD<br>File Hash: 8968ADCD73B367D940CDE0DBA6555B02983C15747B098605A9F81347B6B349F5 | 06-02-2022 04:35:33 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 20 | Info Hash: A10E5362835E4FF33970E522F94F624E326A2F0A<br>File Hash: A39DEE2B77D3E5FD9AF8E9F71BFEEA79A0A2803414EA28F14AE3B062BE3CD957 | 03-07-2022 12:40:14 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 21 | Info Hash: A42EA763A695D18015CC02C5DF68881C6F573F88<br>File Hash: 4C6333BE04BAB617F1D4B0CF8F89FB1505769A465654F8B7A88A2850376C6CA4 | 02-24-2022 05:19:27 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 22 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 02-22-2022 17:56:45 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 23 | Info Hash: F32B67B1AD02DF3673D3DE8DB004CCBB51092D91<br>File Hash: 3C2D66D2580D523D9F3EBDB0236F90866D9C14DA5BDE56C4DB866C484B5F46C7 | 02-22-2022 17:50:49 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 191087ADB4E45213632182B6B82F6F3EDBD2B80F<br>File Hash: 28B282CEB6FF79D3B0A635E6C4ED1E5FC7ACCEF91704C969E390D4B683F06112 | 02-22-2022 17:49:18 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 25 | Info Hash: EDEFF260580ABC2B4E7E910F8D43B87A326D4F1D<br>File Hash: 6D9DF80B165F756F81B57875E84BBC91BF9799194751401B5DF52D57212B33A1 | 02-22-2022 17:48:42 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 26 | Info Hash: E3C2B27F04FFEBADB54BB9CAA424260783C78823<br>File Hash: BA6898356533B680B827AFFAB421366D85B03A54261EFF5B4DD376CB564138E5 | 02-11-2022 12:45:02 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 27 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 02-08-2022 12:43:06 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 28 | Info Hash: C5BA5E243166DB830E399E8739882FEE8D0A6D84<br>File Hash: F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | 12-29-2021 06:33:16 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |
| 29 | Info Hash: 0E8E209875C3E0DCC30C78F84355DFEEEF0A5B63<br>File Hash: 46461D7C5D41223438B18575B0658755E3B31C1289B232747285799B6D08B50D | 12-29-2021 06:32:29 | Vixen | 09-21-2017 | 10-10-2017 | PA0002086168 |
| 30 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 12-29-2021 06:24:33 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 31 | Info Hash: DF460B433601A61D2C81F14603359E11EACD6902<br>File Hash: 29E6CA3A0DD7338F89ABB456C3F8E510A86A7B9D544CB6FB9643EA2F40199A88 | 10-21-2021 03:45:22 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 32 | Info Hash: 8703602C827F124AA8881C84E1A53A891858B22F<br>File Hash: 8A07F78F457F5130F48732EDD9E2B473349BEE34D7487D299A5257C8F6A85BDA | 09-13-2021 04:13:07 | Tushy | 12-12-2017 | 01-04-2018 | PA0002069349 |
| 33 | Info Hash: E446942F4BBFBF5F2C32AAE0B632138FF5C915CD<br>File Hash: FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 09-13-2021 03:46:53 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 34 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 08-09-2021 04:43:57 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 35 | Info Hash: A54CCE5BADDDE3532E2E3FF3C533F32651B4CCAD<br>File Hash: F8F56A0ED3E5AB2290566C760623A8EA06C137B0160B01578D98B8BE4298480A | 05-19-2021 07:18:35 | Vixen | 07-03-2017 | 07-07-2017 | PA0002070827 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D95EAB80AC9D6789CC308E2332F5269DBFECF8E6<br>File Hash:<br>47255B4FF520353A209CCDE673CCEF8BB60825949C077EC1806C0B24403F3AA1 | 05-19-2021 07:18:19 | Vixen | 04-14-2017 | 06-16-2017 | PA0002069289 |
| 37 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash:<br>55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 05-12-2021 04:59:06 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |
| 38 | Info Hash: 7AD634DDF39D6C357029F9B8DA853344A9154CA3<br>File Hash:<br>ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 05-03-2021 11:22:32 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 39 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 01-13-2021 13:15:47 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 40 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash:<br>919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 01-13-2021 13:11:16 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 41 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash:<br>0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 01-13-2021 13:03:02 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 42 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash:<br>C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 01-04-2021 06:01:11 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 43 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash:<br>43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 12-22-2020 05:53:05 | Vixen | 04-24-2018 | 06-19-2018 | PA0002126671 |
| 44 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash:<br>6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 12-22-2020 05:50:04 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 45 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 11-20-2020 13:45:13 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 46 | Info Hash: F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418<br>File Hash:<br>B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 11-20-2020 13:39:38 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 47 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash:<br>497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 11-20-2020 13:39:21 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: FBB1E3387B5D032B30B9137E05F516E696DC5CC5<br>File Hash: B9956D883B639ABA09E7C17604A1DE4661B56E9371D9A95D7CB251267123EB58 | 10-11-2020 05:53:56 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 49 | Info Hash: 41B3EC2D6CD45BBF85051632D43E36BAA7523668<br>File Hash: 4D07D751E827A8C46DE62E42081B735949517A90A8475AAF97AB3299529BF463 | 10-11-2020 05:53:23 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 50 | Info Hash: 5EBAA857DB4CB94E7B579561C0FBE666094E0A10<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 10-08-2020 05:01:01 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 51 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 10-08-2020 04:48:10 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 52 | Info Hash: 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9<br>File Hash: 8383058EF00B060292F786E70B34EBBEF42CD22837D4C91BE8798014ED5D1E66 | 09-14-2020 07:30:08 | Blacked | 07-29-2017 | 08-11-2017 | PA0002046872 |
| 53 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 06-16-2020 05:17:43 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 54 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 06-01-2020 05:00:24 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 55 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 04-29-2020 07:39:32 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 56 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 04-29-2020 07:39:22 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |